1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7
8
9
10
11
12

PAUL ZAPATA, JR.,

     Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

     Defendant.

Case No. C08-5670BHS

ORDER ON PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS

13
14
15
16
17

     This matter comes before the court on review of the November 18, 2008, Report and Recommendation of Magistrate Judge Karen L. Strombom, who recommended that Plaintiff's application to proceed *in forma pauperis* be denied because petitioner appeared to have the funds to pay the $350.00 filing fee. Dkt. 3. The court has reviewed the Report and Recommendation and the remainder of the file herein.

18
19
20
21
22
23

     On November 24, 2008, after the Report and Recommendation had been issued, Plaintiff paid the filing fee. The Report and Recommendation is moot. Therefore, Plaintiff's application to proceed *in forma pauperis* is **DENIED**. Plaintiff's action shall proceed. The case, including all pending motions, is **RE-REFERRED TO UNITED STATES MAGISTRATE JUDGE KAREN L. STROMBOM** in accord with the original order of reference.

24

     DATED this 15th day of December, 2008.

25
26
27
28

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER