UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL ZAPATA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant | Civil No. 3:08-CV-5670-BHS-KLS<br><br>SECOND ORDER FOR EXTENSION OF TIME |

Based upon Defendant's Unopposed Motion, it is hereby ORDERED that the Defendant shall have an extension to and including March 27, 2009, to file an Answer to Plaintiff's Complaint.

DATED this 2nd day of March, 2009.

　　　　　　　　　　　　　　　　*/s/ Karen L. Strombom*
　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　　ORDER - 3:08-CV-5670-BHS-KLS

Presented by:

s/ Carol A. Hoch
CAROL A. HOCH
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-2684
Fax: 206-615-2531
carol.a.hoch@ssa.gov