UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL ZAPATA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C08-5670BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 18). The Court having considered the Report and Recommendation, Defendant's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Defendant's motion to dismiss (Dkt. 4) is **DENIED**. This matter is **RE-REFERRED** to Judge Strombom for further proceedings.

DATED this 30th day of June, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER