# United States District Court

## WESTERN DISTRICT OF WASHINGTON

PAUL R. ZAPATA

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

CASE NUMBER: 3:08-CV-5670-BHS-KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The final decision be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405 (g).

Upon proper presentation, this Court will consider Plaintiff's application for costs and reasonable EAJA attorney's fees under 28 U.S.C.§ 2412(d).

| | |
|---|---|
| January 26, 2010 | BRUCE RIFKIN |
| Date | Clerk |

s/ Mary Trent

Deputy Clerk