# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAUL R. ZAPATA

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5670BHS/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff is awarded EAJA attorney fees of $5,789.09 and costs and expenses of $386.69, pursuant to 28 U.S.C. §2413, payable to Plaintiff's attorney Jon Erik Mueller.

| March 19, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk